UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PAMELA KEMMIS,

    Plaintiff,

v.                                          CASE NO. 3:11-cv-157-J-34JBT

TIMBERLAKE PROPERTY OWNER'S
ASSOCIATION, INC. and ROSEMARIE
LONES, Registered Agent,

    Defendants.
_____/

## REPORT AND RECOMMENDATION[1]

**THIS CAUSE** is before the Court *sua sponte* and following a status conference.

On October 20, 2011, the Court held a status conference, during which the Court questioned the *pro se* Plaintiff whether she intended to proceed against both Defendants and whether she had served Defendant Rosemarie Lones with process. (*See* Doc. 38.) Plaintiff expressed her intention to proceed only against Timberlake Property Owner's Association, Inc. ("Timberlake") and stated that Ms. Lones was included as a Defendant in the Amended Civil Complaint to ensure that Timberlake

---

[1] "Within 14 days after being served with a copy of [this Report and Recommendation], a party may serve and file specific written objections to the proposed findings and recommendations. A party may respond to another party's objections within 14 days after being served with a copy." Fed. R. Civ. P. 72(b)(2); *see also* 28 U.S.C. § 636(b)(1); M.D. Fla. R. 6.02(a). "A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1).

was properly served. Plaintiff indicated that she did not intend to sue Ms. Lones personally.

Based on Plaintiff's representations, the undersigned then informed Plaintiff that he would recommend to the District Judge that Ms. Lones be dismissed from this lawsuit, to which Plaintiff agreed and Defendant Timberlake did not object. The Court construes Plaintiff's representations at the conference as an oral motion to dismiss Ms. Lones from the case, which should be granted. Therefore, the Court will recommend that Ms. Lones be dismissed without prejudice.[2]

Accordingly, it is respectfully **RECOMMENDED** that:

Rosemarie Lones be dismissed as a party defendant without prejudice.

**DONE AND ENTERED** at Jacksonville, Florida, on October 27, 2011.

                             /s/ Joel B. Toomey
                             JOEL B. TOOMEY
                             United States Magistrate Judge

Copies to:

The Honorable Marcia Morales Howard
United States District Judge

Any Unrepresented Party

Counsel of Record

---

[2] Because the recommended dismissal of Ms. Lones is not based on the merits, the undersigned recommends that the dismissal be without prejudice.